UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORETEK LICENSING LLC,

            Plaintiff,

  - against -

AIRCALL.IO, INC.,

            Defendant.

22-cv-4471 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The conference scheduled for August 9, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
            August 3, 2022

                                          John G. Koeltl
                                    United States District Judge